| Recipient | Dates | Amounts | Check No. |
|---|---|---|---|
| **Cananwill, Inc.** | 10/30/2001 | $7,630.75 | 21655 |
| 520 Post Oak Blvd. Houston, TX 77027 | 12/19/2001 | $37,995.73 | 1195 |
| | | | |
| | **Total =** | **$45,626.48** | |